# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:06CV32

| | |
|---|---|
| RONNIE ADCOCK, TIMOTHY COCHRAN, THOMAS COCHRANE, KATHERINE IVEY, & KRISTI JONES, <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL UNION, UNITED AUTOMOBILE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, <br><br> Defendants. | **ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*** |

**THIS MATTER IS BEFORE THE COURT** upon the Motion for Admission *Pro Hac Vice* filed by William L. Messenger requesting that William L. Messenger be admitted to appear as counsel for plaintiffs Ronnie Adcock, Timothy Cochrane, Thomas Cochrane, Katherine Ivey, and Kristi Jones in the above-captioned civil action. It appears to the Court that the Motion should be allowed.

**IT IS, THEREFORE, ORDERED** that William L. Messenger be granted special admission to the Bar of this Court and that he be allowed to appear in this civil action as attorney of record for the plaintiffs.

If he has not already done so, Mr. Messenger should pay the required fee.

Signed: January 31, 2006

David C. Keesler
United States Magistrate Judge