IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV32

| | |
|---|---|
| RONNIE ADCOCK, TIMOTHY COCHRANE, THOMAS COCHRANE, KATHERINE IVEY & KRISTI JONES, <br>     Plaintiffs, <br> v. <br> INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, <br>     Defendant <br> and <br> FREIGHTLINER LLC, <br>     Defendant. | ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE |

**THIS MATTER** is before the Court upon the motion of Defendant International Union, United Automobile, Aerospace, and Agricultural Implement Workers of America to allow **Jeffrey D. Sodko** to appear *Pro Hac Vice*, filed March 22, 2006.

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Sodko has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: March 22, 2006

Graham C. Mullen
United States District Judge