## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:06CV32

| | | |
|---|---|---|
| RONNIE ADCOCK, TIMOTHY COCHRANE, THOMAS COCHRANE, KATHERINE IVEY & KRISTI JONES, | ) ) ) ) | |
| Plaintiffs, | ) | ORDER GRANTING |
| | ) | MOTION FOR ADMISSION |
| | ) | PRO HAC VICE |
| v. | ) | |
| | ) | |
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, | ) ) ) ) | |
| Defendant | ) | |
| and | ) | |
| | ) | |
| FREIGHTLINER LLC, | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the motion of Defendant International Union, United Automobile, Aerospace, and Agricultural Implement Workers of America to allow **Catherine J. Trafton** to appear *Pro Hac Vice*, filed March 22, 2006 [doc. #17].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Ms. Trafton has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: March 22, 2006

Graham C. Mullen
United States District Judge