# United States District Court
## For The Western District of North Carolina
### Charlotte Division

Ronnie Adcock, et al.,

      Plaintiff(s),

vs.

International Union, et al.,

      Defendant(s).

JUDGMENT IN A CIVIL CASE

3:06cv32

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/9/06 Order.

November 9, 2006

FRANK G. JOHNS, CLERK

BY: _____

Cynthia Huntley, Deputy Clerk